William D. Hyslop
United States Attorney
Eastern District of Washington
Richard R. Barker
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 10 2019

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES PHILLIP MONAGHAN, III,

Defendant.

2:19-CR-206-WFN

INDICTMENT

Vio: 18 U.S.C. §§ 2242(2),
2246(2)(A), 1153
Sexual Abuse in Indian Country

The Grand Jury charges:

On or about November 2, 2019, in the Eastern District of Washington, within the external boundaries of the Colville Indian Reservation, in Indian country, the Defendant, JAMES PHILLIP MONAGHAN, III, an Indian, did knowingly engage and attempt to engage in a sexual act with Minor 1, to wit: contact between Defendant's penis and the vulva of Minor 1, who at the time of the sexual act, as Defendant well knew, was incapable of appraising the nature of the conduct, physically incapable of declining participation in the aforementioned

//
//

INDICTMENT – 1

sexual act, and physically incapable of communicating unwillingness to engage in the aforementioned sexual act, all in violation of 18 U.S.C. §§ 2242(2), 2246(2)(A), 1153.

DATED this ___ day of December, 2019.

A TRUE BILL

_____
William D. Hyslop
United States Attorney

_____
Richard R. Barker
Assistant U.S. Attorney

INDICTMENT – 2