PROB 12C
(6/16)

Report Date: February 23, 2023

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**Feb 24, 2023**

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Phillip Monaghan, III   Case Number: 0980 2:19CR00206-WFN-1

Address of Offender: [redacted] Nespelem, Washington 99155

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 3, 2021

| | | |
|---|---|---|
| Original Offense: | Sexual Abuse in Indian Country, 18 U.S.C. §§ 2242(2), 2246(2)(A), and 1153 | |
| Original Sentence: | Prison - 40 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard Barker | Date Supervision Commenced: October 18, 2022 |
| Defense Attorney: | Andrea K. George | Date Supervision Expires: October 17, 2032 |

## PETITIONING THE COURT

To issue a warrant.

On October 19, 2022, Mr. Monaghan's terms and conditions of supervised release were reviewed with him. Mr. Monaghan signed a copy of his Judgment acknowledging an understanding of all terms and conditions of his supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: It is alleged that Mr. Monaghan violated the terms of his supervised release by using marijuana on or about February 1, 2023.<br><br>Specifically, on February 1, 2023, the undersigned made contact with Mr. Monaghan at his residence. Prior to providing a urinalysis that tested presumptive positive for marijuana, Mr. Monaghan admitted to the undersigned, and via a signed document, that he last used marijuana on or about February 1, 2023. |
| 2 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Monaghan violated the terms of his supervised release by committing the offense of battery-domestic violence. |

Prob12C
Re: Monaghan, III, James Phillip
February 23, 2023
Page 2

> Specifically, on February 22, 2023, per a Colville Tribal Police (CTP) document of probable cause, CTP were dispatched to Mr. Monaghan's residence after it was reported that he had punched his father. A CTP officer arrived at the residence. Mr. Monaghan's father was being treated by emergency medical services (EMS) medics and Mr. Monaghan was not present. Mr. Monaghan's father informed the CTP officer that during an argument, Mr. Monaghan punched him with a closed fist above his eye. This caused bleeding and his injury was photographed. Shortly thereafter, Mr. Monagahan was arrested at a different location without incident. Mr. Monaghan was advised of his Miranda rights and agreed to speak to a CTP officer. Mr. Monaghan confirmed that after arguing with his father, he hit him with a closed fist. Mr. Monaghan was subsequently arrested and booked into the Colville Tribal Corrections jail for the charge of battery-domestic violence.

3   **Special Condition # 5**: You must complete a sex offender evaluation, which may include psychological and polygraph testing. You must pay according to your ability and allow the reciprocal release of information between the evaluator and supervising officer.

**Supporting Evidence**: It is alleged that Mr. Monaghan has violated the conditions of his supervised release by failing to complete a sex offender evaluation.

On October 19, 2022, Mr. Monaghan first reported to the U.S. Probation Office and his terms and conditions of supervised release were reviewed with him, to include the importance of obtaining a sex offender evaluation. Since October 19, 2022, Mr. Monaghan has been provided the contracted sex offender vendor's contact information on multiple occasions, with the last time being February 1, 2023, though he has yet to complete and/or set up a sex offender evaluation.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 23, 2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
Re: Monaghan, III, James Phillip
February 23, 2023
Page 3

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_2/24/2023_____
Date