PROB 12C
(6/16)

# United States District Court

for the

## Eastern District of Washington

Report Date: March 27, 2024

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 27, 2024**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: James Phillip Monaghan, III | Case Number: 0980 2:19CR00206-WFN-1 |
| Address of Offender: ▇▇▇▇▇▇▇ Nespelem, Washington 99155 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 3, 2021

| | | | |
|---|---|---|---|
| Original Offense: | Sexual Abuse in Indian Country, 18 U.S.C. §§ 2242(2), 2246(2)(A), and 1153 | | |
| Original Sentence: | Prison - 40 months<br>TSR - 120 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(07/27/2023) | Prison - 1 month<br>TSR - 120 months | | |
| Asst. U.S. Attorney: | Alexandra Suzanne Jensen | Date Supervision Commenced: | August 17, 2023 |
| Defense Attorney: | Andrea K. George | Date Supervision Expires: | August 16, 2033 |

## PETITIONING THE COURT

To issue a summons.

On August 17, 2023, Mr. James Phillip Monaghan, III, signed his conditions relative to case number 2:19CR00206-WFN-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. Monaghan violated the terms and conditions of his supervised release by using cocaine on or about January 17, 2024. |
| | On January 19, 2024, collateral contact with Mr. Monaghan's Colville Tribal probation officer indicated that he provided a urinalysis that tested presumptive positive for cocaine and that he admitted to last using cocaine on or about January 17, 2024. Thereafter, the undersigned spoke with Mr. Monaghan via telephone and after initially being deceitful, he confirmed that he used cocaine on or about January 17, 2024. |

Prob12C
**Re: Monaghan, III, James Phillip**
**March 27, 2024**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Special Condition #9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Mr. Monaghan violated the terms and conditions of his supervised release by using marijuana on or about February 6, 2024.

On February 6, 2024, Mr. Monaghan provided a urinalysis that tested presumptive positive for marijuana and he readily admitted to last using marijuana on February 6, 2024.

3     **Special Condition #9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Monaghan violated the terms and conditions of his supervised release by using marijuana on or about February 26 and March 18, 2024.

On March 19, 2024, Mr. Monaghan provided a urinalysis that tested presumptive positive for marijuana and he admitted to this officer, and via a written statement, that he last used marijuana on or about February 26 and March 18, 2024.

4     **Special Condition #6**: You must actively participate and successfully complete an approved state-certified sex offender treatment program. You must follow all lifestyle restrictions and treatment requirements of the program. You must participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You must allow reciprocal release of information between the supervising officer and the treatment provider. You must pay for treatment and testing according to your ability.

**Supporting Evidence**: It is alleged that Mr. Monaghan violated the terms and conditions of his supervised release by failing to participate in his sex offender treatment program as he failed to attend treatment sessions on January 10 and 17, February 14, and March 6, 13, and 20, 2024. Collateral contact with Mr. Monaghan's treatment provider informed the undersigned on March 26, 2024, that Mr. Monaghan is considered non-compliant with his sex offender treatment regimen.

5     **Special Condition #10**: You must submit to periodic polygraph testing at the discretion of the probation officer as a means to ensure that you are in compliance with the requirements of your supervision or treatment program.

**Supporting Evidence**: It is alleged that Mr. Monaghan violated the terms and conditions of his supervised release by failing to show for his required polygraph test on the dates of March 7 and 19, 2024.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
Re: Monaghan, III, James Phillip
**March 27, 2024**
Page 3

                    I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  March 27, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*(signature)*

Signature of Judicial Officer

3/27/2024
Date