PROB 12C
(6/16)

Report Date: April 10, 2024

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 10, 2024**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Phillip Monaghan, III    Case Number: 0980 2:19CR00206-WFN-1

Address of Offender: ███████████, Nespelem, Washington 99155

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 3, 2021

| | |
|---|---|
| Original Offense: | Sexual Abuse in Indian Country, 18 U.S.C. §§ 2242(2), 2246(2)(A) and 1153 |
| Original Sentence: | Prison - 40 months     Type of Supervision: Supervised Release
TSR - 120 months |
| Revocation Sentence: (07/27/2023) | Prison - 1 month
TSR - 120 months |
| Asst. U.S. Attorney: | Alexandra Suzanne Jensen     Date Supervision Commenced: August 17, 2023 |
| Defense Attorney: | Federal Defenders Office     Date Supervision Expires: August 16, 2033 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/27/2024.

On August 17, 2023, Mr. James Phillip Monaghan, III, signed his conditions relative to case number 2:19CR00206-WFN-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Mr. Monaghan violated the terms and conditions of his supervised release by using marijuana on or about April 3 and 9, 2024.<br><br>Specifically, Mr. Monaghan participated in a maintenance polygraph on April 3, 2024. On April 9, 2024, the undersigned reviewed the polygraph results in which it noted that Mr. Monaghan admitted to using marijuana before participating in the polygraph on April 3, 2024. Thereafter, the undersigned called and spoke with Mr. Monaghan in which he confirmed that he used marijuana on April 3, 2024, and he also admitted to marijuana use on April 9, 2024. |

Prob12C
Re: Monaghan, III, James Phillip
April 10, 2024
Page 2

| | | |
|---|---|---|
| 7 | | **Special Condition #8**: You must not enter into any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: It is alleged that Mr. Monaghan violated the terms and conditions of his supervised release by consuming alcohol on or about April 2, 2024.

Specifically, Mr. Monaghan participated in a maintenance polygraph on April 3, 2024, and it noted that he admitted to consuming alcohol approximately 10 times since he commenced this term of supervised release. On April 9, 2024, the undersigned called and spoke with Mr. Monaghan and he confirmed this information reported on the polygraph and admitted to last consuming alcohol on or about April 2, 2024.

8    **Special Condition #6**: You must actively participate and successfully complete an approved state-certified sex offender treatment program. You must follow all lifestyle restrictions and treatment requirements of the program. You must participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You must allow reciprocal release of information between the supervising officer and the treatment provider. You must pay for treatment and testing according to your ability.

**Supporting Evidence**:  It is alleged that Mr. Monaghan violated the terms and conditions of his supervised release by failing to follow lifestyle restrictions and treatment requirements by viewing pornography approximately 10-12 times since commencing this term of supervised release with the last time being on or about April 1, 2024.

Specifically, Mr. Monaghan participated in a maintenance polygraph on April 3, 2024, and it noted that he admitted to viewing pornography 10-12 times since commencing this term of supervised release. On April 9, 2024, the undersigned spoke with Mr. Monaghan's sex offender treatment therapist in which she confirmed that he signed a treatment contract which prohibits the viewing of pornography. The therapist further reported that Mr. Monaghan has never revealed to her that he has viewed pornography since commencing his term of supervised release. On April 9, 2024, the undersigned spoke with Mr. Monaghan via telephone in which he confirmed the information reported on the polygraph in respect to viewing pornography, with the last time being on or about April 1, 2024.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 10, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C

**Re: Monaghan, III, James Phillip**
**April 10, 2024**
**Page 3**

THE COURT ORDERS

- [ ]   No Action
- [X]  The Issuance of a Warrant
- [ ]   The Issuance of a Summons
- [X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]   Defendant to appear before the Judge assigned to the case.
- [X]  Defendant to appear before the Magistrate Judge.
- [ ]   Other

_____
Signature of Judicial Officer

4/10/2024
Date