PROB 12C
(6/16)

Report Date: September 12, 2025

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 12, 2025

SEAN F. McAVOY, CLERK

ECF No. 133

Name of Offender: James Phillip Monaghan                Case Number: 0980 2:19CR00206-TOR-1

Address of Offender: ███████  Bridgeport, Washington 98813

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 3, 2021

| | | |
|---|---|---|
| Original Offense: | Sexual Abuse in Indian Country, 18 U.S.C. §§ 2242(2), 2246(2)(A), 1153 | |
| Original Sentence: | Prison - 40 months; TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (07/27/2023) | Prison - 1 month; TSR - 120 months | |
| Revocation Sentence: (03/05/2025) | Prison - 9 months; TSR - 120 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: August 29, 2025 |
| Defense Attorney: | Joel A. Bauman | Date Supervision Expires: August 28, 2035 |

## PETITIONING THE COURT

To issue a **warrant**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells you to report to a different probation office or within a different time frame. |
| | **Supporting Evidence**: It is alleged that Mr. Monaghan violated the above-stated condition on or about September 9, 2025, by failing to report to the U.S. Probation Office within 72 hours of his release from custody. |

Prob12C
**Re: Monaghan, James Phillip**
**September 12, 2025**
**Page 2**

On July 8, 2025, the U.S. Probation Office received, by email, a BP-A0714 notice of release and arrival form from the BOP that was signed by Mr. Monaghan. This form further advised an inmate of their obligation to report to U.S. Probation and indicated the address and contact information of the supervising district.

On August 29, 2025, Mr. Monaghan released from BOP custody. On August 31, 2025, he called the Spokane probation office and left a voice mail stating he would be staying at the reported release address and seeking reporting instructions. On the morning of September 2, 2025, Mr. Monaghan was taken into custody by the CTPD on an outstanding warrant. He released from tribal custody on September 4, 2025. At no time following his release from tribal custody did Mr. Monaghan report to the Spokane probation office.

2  **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: It is alleged that Mr. Monaghan violated the above stated condition on or about September 9, 2025, by failing to report an arrest to the undersigned or another U.S. Probation Officer.

On September 2, 2025, Mr. Monaghan was arrested by the CTPD for an outstanding warrant. He was released from tribal custody on September 4, 2025. At no time since this arrest has Mr. Monaghan contacted the undersigned, or another U.S. Probation Officer to report this arrest.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/12/2025

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

Prob12C
**Re: Monaghan, James Phillip**
**September 12, 2025**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_/s/ Thomas O. Rice_
Signature of Judicial Officer

September 12, 2025
Date