PROB 12C
(6/16)

Report Date:  April 6, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 06, 2026

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Phillip Monaghan, III          Case Number: 0980 2:19CR00206-TOR-1

Address of Offender: ▇▇▇▇▇▇ Omak, Washington 98841

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 3, 2021

| | | |
|---|---|---|
| Original Offense: | Sexual Abuse in Indian Country, 18 U.S.C. §§ 2242(2), 2246(2)(A), 1153 | |
| Original Sentence: | Prison - 40 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(07/27/2023) | Prison - 1 month<br>TSR - 120 months | |
| Revocation Sentence:<br>(03/05/2025) | Prison - 9 months<br>TSR - 120 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: August 29, 2025 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: August 28, 2035 |

### PETITIONING THE COURT

To issue a summons.

On October 10, 2025, a U.S. probation officer met with the offender and reviewed the conditions of supervised release. The offender signed the judgement and conditions acknowledging his understanding. The offender was provided a copy of the judgment and conditions as signed.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: Mr. Monaghan allegedly violated the above-stated condition on or about January 28, 2026, by consuming marijuana, as evidenced by a signed drug use admission form.

On January 29, 2026, the undersigned contacted Mr. Monaghan at his residence. During this contact Mr. Monaghan submitted to a random urinalysis drug test. The test resulted in a presumptive positive for THC. When confronted with this result Mr. Monaghan admitted to marijuana use while cleaning out his father's old belongings from the residence. Mr. Monaghan signed a drug use admission form attesting to such use on or about January 28, 2026.

Prob12C

**Re: Monaghan, III, James Phillip**
**April 6, 2026**
**Page 2**

2        <u>**Special Condition #13**</u>: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the Court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

       **Supporting Evidence**: Mr. Monaghan allegedly violated the above-stated condition on or about January 21 and 28, 2026, by failing to attend substance abuse treatment sessions and being placed in noncompliance with treatment recommendations as of March 30, 2026.

       On March 30, 2026, the undersigned received a monthly treatment report from the Confederated Colville Tribes Behavioral Health Program. This treatment report showed that Mr. Monaghan last attended a treatment session on January 8, 2026, that he missed two following sessions, and is reported to be in noncompliance with treatment recommendations.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/06/2026

       s/Nicolas Olson

       Nicolas Olson
       U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

April 6, 2026

Date